MURRAY LANDY, Appellant, v. ISABELLE J. LANDY, Respondent.

Submitted January 5, 1953; decided March 5, 1953.

*Charles Rothenberg* and *Milton Koss* for motion.

*Irving I. Erdheim, Robert F. Armstrong* and *Edward M. Chapian* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution.